■ In the Matter of the Estate of ROBERT BODKIN, Also Known as ROBERT C. BODKIN, Deceased. ROBIN P. GRAHAM, Preliminary Executor of ROBERT BODKIN, Also Known as ROB-

ert C. Bodkin, Deceased, Respondent; Dawn Guetti et al., Appellants, et al., Respondent. (Appeal No. 1.) [7 NYS3d 922]— Appeal from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered October 2, 2012. The order denied the motion of objectants to disqualify counsel for petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Bodkin* ([appeal No. 3] 128 AD3d 1526 [2015]). Present—Scudder, P.J., Centra, Peradotto and Valentino, JJ.